North American Acceptance Corporation, Appellee,
v. John J. Serven, Appellant.

Gen. No. 10,403.

Burrel Barash, for appellant; Marjorie L. Schneider, for appellee. Opinion by JUSTICE DOVE. **Not to be published in full.** Opinion filed March 29, 1950; rehearing denied May 2, 1950; released for publication May 5, 1950.